JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION**

| | |
|---|---|
| KELVIN DAVIS KIRKPATRICK,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>R.ST.ANDRE, Warden,<br><br>　　　　　Respondent. | Case No. CV 23-09950-GW(AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: February 12, 2026

_George H. Wu_

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE